In the Matter of the Accounting of RUFUS HEDGES et al., as Administrators of the Estate of GEORGE H. HARKIN, Deceased, Respondents. JAMES HARKIN et al., Appellants; JOSEPH H. BUSH, as Special Guardian for GEORGE H. HARKIN, JR., et al., Respondents.— Decree and amended decree so far as appealed from affirmed, with costs against appellants. All concur. (The decree and amended decree settle the accounts of administrators.) Present — Cunningham, P. J., Taylor, Dowling, Harris and Larkin, JJ.

KATHERINE A. FOY, Respondent, v. JOSEPH J. YETT, Doing Business under the Name of GENE'S INN, Appellant.— Judgment and order reversed on the law and facts and a new trial granted, with costs to the appellant to abide the event, on the ground that the verdict was against the weight of credible evidence and that defendant was entitled to have the request charged bearing upon the question as to whether or not sufficient length of time elapsed to give him an opportunity to know his rule restricting the character of dancing was being violated. All concur, except Cunningham, P. J., and Dowling, J., who dissent and vote for affirmance. (The judgment is for plaintiff in an action for damages for personal injuries received at a dance hall. The order denies a motion for a new trial.) Present — Cunningham, P. J., Taylor, Dowling, Harris and Larkin, JJ.

EDWARD W. FOY, Respondent, v. JOSEPH J. YETT, Doing Business under the Name of GENE'S INN, Appellant.— Same decision and like cause of action as in companion case of *Foy* v. *Yett* (*ante*, p. 1021). Present — Cunningham, P. J., Taylor, Dowling, Harris and Larkin, JJ.

ARMAND HALL, an Infant, by MINERVA M. HALL, His Guardian ad Litem, Respondent, v. CALIFORNIA FRUIT MARKETS, INC., Appellant.— Judgment reversed on the law and a new trial granted, with costs to the appellant to abide the event, on the ground that the court committed reversible error in submitting to the jury the question whether or not the infant-plaintiff was *sui juris* at the time of the accident, proof being that the infant was *sui juris* at the time of the accident. All concur, except Cunningham, P. J., and McCurn, J., who dissent and vote for affirmance. (The judgment is for plaintiff in an automobile negligence action.) Present — Cunningham, P. J., Taylor, Dowling, Harris and McCurn, JJ.

DANIEL C. HALL, Respondent, v. CALIFORNIA FRUIT MARKETS, INC., Appellant.— Same decision and like cause of action as in companion case of *Hall* v. *California Fruit Markets, Inc.* (*ante*, p. 1021).. Present — Cunningham, P. J., Taylor, Dowling, Harris and McCurn, JJ.